Document Electronically Filed



Scott T. Tross, Esq.
stross@herrick.com
Patricia M. Graham, Esq.
pgraham@herrick.com
HERRICK FEINSTEIN, LLP
210 Carnegie Center
Princeton, New Jersey 08540

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------- x
RAY CAPRIO, on behalf of himself and all others  :
similarly situated,                              :   Civil Action No.: 13-CV-03119(FSH)(SCM)
                                                 :
                      Plaintiff,                 :
                                                 :
         -against-                               :
                                                 :
HERRICK, FEINSTEIN LLP,                          :
                                                 :
                      Defendant.                 :
---------------------------------------------------------- x

### STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to the above-captioned action that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action (including, without limitation, all claims, asserted therein) shall be and hereby is dismissed with prejudice and without costs to any party; and it is

**FURTHER HEREBY STIPULATED AND AGREED** that this Stipulation may be executed by facsimile or in counterparts.

*[Signatures follow immediately on next page]*

So ORDERED
10/8/13

/s/ Faith S. Hochberg
Hon Faith S. Hochberg USDJ

Dated: October 4, 2013

Joseph K. Jones, Esq.
Law Offices of Joseph K. Jones, LLC
375 Passaic Avenue, Suite 100
Fairfield, New Jersey 07004
jkj@legaljones.com
Attorneys for Plaintiff

Dated: October 4, 2013

Scott T. Tross, Esq.
Patricia M. Graham, Esq.
HERRICK, FEINSTEIN LLP
210 Carnegie Center, Suite 102
Princeton, New Jersey 08540
(609) 452-3800

HF 8643531v.1 #88200/0166

- 2 -